UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA       :   **ORDER**
:
   -v-                        :   S2 19 Cr. 651 (LTS)
:
GEORGE CACERAS ORTMEIER,       :
  a/k/a "Marin Catalin Ciovica,"  :
:
                Defendant. :
- - - - - - - - - - - - - - - - - X

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Samuel P. Rothschild;

    It is found that the Superseding Indictment in the above-captioned action, S2 19 Cr. 651 (the "Indictment"), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, S2 19 Cr. 651, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
April 30, 2021

_____
THE HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE