ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - X
                                               :
UNITED STATES OF AMERICA                       :    SEALED SUPERSEDING
                                               :    INDICTMENT
       - v. -                                  :
                                               :    S2 19 Cr. 651
GEORGE CACERAS ORTMEIER,                       :
    a/k/a "Marin Catalin Ciovica,"             :
                                               :
                         Defendant.            :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - X
```

**COUNT ONE**
(Conspiracy to Commit Access Device Fraud)

The Grand Jury charges:

1. From at least in or about 2014 until at least in or about September 2019, in the Southern District of New York and elsewhere, GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit access device fraud, in violation of Title 18, United States Code, Sections 1029(a)(1), (a)(2), (a)(3), (a)(4), and (a)(5).

2. It was a part and an object of the conspiracy that GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, and others known and unknown, knowingly and with intent to defraud, as a part of an offense affecting interstate and foreign commerce, would and did produce, use, and traffic in

one and more counterfeit access devices, in violation of Title 18, United States Code, Section 1029(a)(1).

3. It was further a part and an object of the conspiracy that GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, and others known and unknown, knowingly and with intent to defraud, as a part of an offense affecting interstate and foreign commerce, would and did traffic in and use one and more access devices during a one-year period, and by such conduct obtained more than $1,000 during that period, in violation of Title 18, United States Code, Section 1029(a)(2).

4. It was further a part and an object of the conspiracy that GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, and others known and unknown, knowingly and with intent to defraud, as a part of an offense affecting interstate and foreign commerce, would and did possess fifteen and more devices which were counterfeit and unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3).

5. It was further a part and an object of the conspiracy that GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, and others known and unknown, knowingly and with intent to defraud, as a part of an offense affecting interstate and foreign commerce, would and did produce, traffic in, have

custody and control of, and possess device-making equipment, in violation of Title 18, United States Code, Section 1029(a)(4).

6.   It was further a part and an object of the conspiracy that GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, and others known and unknown, knowingly and with intent to defraud, as a part of an offense affecting interstate and foreign commerce, would and did effect transactions with one and more access devices issued to another person or persons, to receive payment and other things of value during a one-year period the aggregate value of which was equal to and greater than $1,000, in violation of Title 18, United States Code, Section 1029(a)(5).

## OVERT ACTS

7.   In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a.   On or about July 1, 2, and 4, 2017, GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, used fraudulent debit cards to withdraw cash from victim accountholders' bank accounts using ATMs in or around Boston, Massachusetts.

(Title 18, United States Code, Section 1029(b)(2).)

**COUNT TWO**
**(Conspiracy to Commit Wire Fraud and Bank Fraud)**

The Grand Jury further charges:

8.  The allegations contained in paragraph 7 above are hereby repeated, realleged, and incorporated by reference as if fully set forth herein.

9.  From at least in or about 2014 until at least in or about September 2019, in the Southern District of New York and elsewhere, GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, and others known and unknown, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343, and bank fraud, in violation of Title 18, United States Code, Section 1344.

10.  It was a part and object of the conspiracy that GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the

purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

11. It was further a part and object of the conspiracy that GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, and others known and unknown, willfully and knowingly, would and did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349.)

## COUNT THREE
### (Aggravated Identity Theft)

The Grand Jury further charges:

12. The allegations contained in paragraph 7 above are hereby repeated, realleged, and incorporated by reference as if fully set forth herein.

13. From at least in or about 2014 until at least in or about September 2019, in the Southern District of New York and elsewhere, GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, and others known and unknown, knowingly

did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), and aided and abetted the same, to wit, the defendant, among other things, engaged in ATM skimming to unlawfully obtain debit card information for victim accountholders (including, but not limited to, the victim accountholders' names, debit card numbers, and personal identification numbers), created fraudulent debit cards using the stolen victim information, and then used the fraudulent debit cards bearing the victim accountholders' debit card numbers to make millions of dollars in unauthorized withdrawals from the victims accountholders' bank accounts, all during and in relation to the conspiracy to commit access device fraud charged in Count One of this Indictment and the conspiracy to commit wire fraud and bank fraud charged in Count Two of this Indictment.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2.)

## FORFEITURE ALLEGATIONS

14. As a result of committing the offense alleged in Count One of this Indictment, GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code,

Sections 982(a)(2)(B) and 1029(c)(1)(C), any and all property constituting or derived from, proceeds obtained directly or indirectly, as a result of the commission of said offense, and any and all personal property used or intended to be used to commit said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained.

15. As a result of committing the offense alleged in Count Two of this Indictment GEORGE CACERAS ORTMEIER, a/k/a "Marin Catalin Ciovica," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(2)(A), any and all property, constituting, or derived from, proceeds obtained directly or indirectly as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense that the defendant personally obtained.

### Substitute Assets Provision

16. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

 (Title 18, United States Code, Sections 981, 982, and 1029;
   Title 21, United States Code, Section 853; and
   Title 28, United States Code, Section 2461.)

_____
Foreperson

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

### UNITED STATES OF AMERICA

v.

### GEORGE CACERAS ORTMEIER,
### a/k/a "Marin Catalin Ciovica,"

**Defendant.**

---

### SEALED SUPERSEDING INDICTMENT

S2 19 Cr. \_\_\_\_

(18 U.S.C. §§ 1028A(a)(1), 1028A(b),
1029(b)(2), 1349, and 2.)

GEOFFREY S. BERMAN
United States Attorney

_[signature]_
Foreperson

---

9/9/19    FILED. INDICTMENT, WARRANT ISSUED

POTT, USMJ