UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

     -v-                                      No.  19-CR-651-LTS

GEORGE CACERAS ORTMEIER,

         Defendant

-------------------------------------------------------x

ORDER

      The sentencing proceeding originally scheduled to proceed in the above captioned case on November 2, 2021, at 10:00am is hereby rescheduled to proceed on December 10, 2021, at 2:30pm.

      SO ORDERED.

Dated: New York, New York
       October 5, 2021

                                           __/s/ Laura Taylor Swain_____
                                         LAURA TAYLOR SWAIN
                                       Chief United States District Judge