UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                             No. 19-CR-651-LTS

GEORGE CACERAS ORTMEIER,

        Defendant

-------------------------------------------------------x

ORDER

The sentencing proceeding scheduled to proceed in the above captioned case on December 10, 2021, at 2:30p.m. is hereby rescheduled to proceed on January 26, 2022 at 11:00a.m.

SO ORDERED.

Dated: New York, New York
       November 23, 2021

                                                                         /s/ Laura Taylor Swain
                                                                     LAURA TAYLOR SWAIN
                                                                       Chief United States District Judge