UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                 No.  19-CR-651-LTS

GEORGE CACERAS ORTMEIER,

         Defendant

-------------------------------------------------------x

#### ORDER

        The sentencing hearing in this case, originally scheduled to proceed on March 16, 2022, at 10:00a.m. is hereby rescheduled to proceed on **March 17, 2022,** at **10:00a.m**., in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York
        February 22, 2022

                                                  /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                         Chief United States District Judge