**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                            Telephone 212-349-0230

**By ECF**

March 9, 2022

Honorable Laura T. Swain                                    **MEMO ENDORSED**
Chief Judge of the United States District
Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

                Re:     **U.S. v. George Ortmeier T/N "Ciovica"**
                       S2 19 Cr. 651 (LTS)

Dear Chief Judge Swain:

      This letter is respectfully submitted to request an adjournment of the sentencing of Mr. Ciovica. The sentencing is currently scheduled for March 17, 2022. Yesterday, I received material from my client's family in Romania that is important to our sentencing submission. I expect to have the translation of this material by early next week. I believe that I will be able to file our sentencing submission on or before Friday, March 18, 2022. I respectfully request an adjournment to a date thereafter that is convenient to the Court.

      I have been advised by Assistant United States Attorney Samuel Rothschild that the government consents to this request.

                                  Respectfully submitted,

                                    /s/Andrew Patel
                                Andrew G. Patel

                            The foregoing adjournment request is granted. The sentencing hearing in this action is hereby rescheduled for March 30, 2022, at 11:30 a.m. Dkt. No. 1021 resolved.
SO ORDERED.
cc:     All counsel (by ECF)    3/9/2022
                            /s/ Laura Taylor Swain, Chief USDJ